Cledin Emilson Arredondo Esquivel

**Plaintiff**

Case No.: 1:24-cv-00304-RDB

*vs.*

East Coast Tree Care, Inc., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Jeff Foreman, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/3/2024 at 7:26 PM, I served East Coast Tree Care, Inc. c/o Sharon Catherine Schmitt, Resident Agent at 525 Country Ridge Circle, Bel Air, Maryland 21015-8533 with the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit by serving Sharon Catherine Schmitt, Resident Agent, authorized to accept service.

Sharon Catherine Schmitt is described herein as:

Gender: Female   Race/Skin: White   Age: 59   Weight: 180   Height: 5'8"   Hair: Auburn   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

03-06-2024
Executed On

Jeff Foreman

Client Ref Number: N/A
Job #: 1632024

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland ▼

| | |
|---|---|
| Cledin Emilson Arredondo Esquivel<br><br>*Plaintiff(s)*<br>v.<br><br>East Coast Tree Care, Inc.,<br>Sharon Catherine Schmitt,<br>Michele Marie Sheckells<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00304-RDB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EAST COAST TREE CARE, INC.
11247 Red Lion Road
White Marsh, Maryland 21162

Serve: SHARON CATHERINE SCHMITT
11247 Red Lion Road
White Marsh, Maryland 21162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omar Melehy
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/31/2024                                                             _____
                                                                             *Signature of Clerk or Deputy Clerk*