# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Cledin Emilson Arredondo Esquivel**

**Plaintiff**

Case No.: 1:24-cv-00304-RDB

*vs.*

**East Coast Tree Care, Inc., et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Jeff Foreman, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit in the above entitled case.

That on 03/03/2024 at 7:26 PM, I personally served Sharon Catherine Schmitt with the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit at 525 Country Ridge Circle, Bel Air, Maryland 21015-8533.

Sharon Catherine Schmitt is described herein as:

Gender: Female   Race/Skin: White   Age: 59   Weight: 180   Height: 5'8"   Hair: Auburn   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

03-05-2024
Executed On



Jeff Foreman

Client Ref Number: N/A
Job #: 1632025

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Cledin Emilson Arredondo Esquivel

*Plaintiff(s)*

v.

East Coast Tree Care, Inc.,
Sharon Catherine Schmitt,
Michele Marie Sheckells

*Defendant(s)*

Civil Action No. 1:24-cv-00304-RDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHARON CATHERINE SCHMITT
11247 Red Lion Road
White Marsh, Maryland 21162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omar Melehy
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/31/2024

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In re Lakeview Loan Servicing Data Breach Litigation

Case No.: 1:22-cv-20955-DPG

## AFFIDAVIT OF SERVICE

I, Eric Deal, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated March 1, 2024 with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/04/2024 at 2:40 PM, I served Arete Advisors, LLC c/o CT Corporation System, Registered Agent with the Letter dated March 1, 2024 with Exhibits at 1200 South Pine Island Road, Plantation, Florida 33324 by serving Monica Creary, Agent, authorized to accept on behalf of CT Corporation System.

Monica Creary is described herein as:

Gender: Female   Race/Skin: Black   Age: 35+   Weight: 140   Height: 5'5"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3-5-24
Executed On



Eric Deal

Client Ref Number: 22040539152
Job #: 1632351

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050