UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Cledin Emilson Arredondo Esquivel

                Plaintiff

Case No.: 1:24-cv-00304-RDB

*vs.*

East Coast Tree Care, Inc., et al.

                Defendant(s)

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit in the above entitled case.

That on 03/05/2024 at 10:40 AM, I served Michele Marie Sheckells at 7304 Waldman Avenue, Sparrows Point, Maryland 21219-2031 with the Letter dated February 20, 2024, Summons, Civil Cover Sheet, Complaint, Notice of Attorney's Charging Lien and Assignment of Attorney's Fees and Costs, and Document Preservation Notice dated February 20, 2024 with Exhibit by serving Crystal Sheckells, daughter of Michele Marie Sheckells, a person of suitable age and discretion, who stated that he/she resides therein with Michele Marie Sheckells.

Crystal Sheckells is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 140   Height: 5'5"   Hair: Red   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3/8/24
Executed On

Vincent Piazza

Client Ref Number: N/A
Job #: 1632026

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

Cledin Emilson Arredondo Esquivel

*Plaintiff(s)*

v.   Civil Action No. 1:24-cv-00304-RDB

East Coast Tree Care, Inc.,
Sharon Catherine Schmitt,
Michele Marie Sheckells

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHELE MARIE SHECKELLS
11247 Red Lion Road
White Marsh, Maryland 21162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omar Melehy
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   01/31/2024

*Signature of Clerk or Deputy Clerk*