IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**CLEDIN EMILSON ARREDONDO ESQUIVEL** *

    *Plaintiff,*     *

v.     *     Case No.: 1:24-cv-00304-RDB

**EAST COAST TREE CARE, INC.,** *ET AL.*     *

    *Defendants*.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Veronica J. Mina, Kagan Stern Marinello & Beard, LLC, on behalf of Defendants East Coast Tree Care, Inc., Sharon Catherine Schmitt, and Michelle Marie Sheckells, in the above-captioned matter pursuant to L.R. 101.1(a).

Date: March 25, 2024          */s/ Veronica J. Mina*
                                        Veronica J. Mina (D. Md. Bar No. 30472)
                                        KAGAN STERN MARINELLO & BEARD, LLC
                                        238 West Street
                                        Annapolis, MD 21401
                                        Telephone:    (410) 216-7900
                                        Facsimile:     (410) 705-0836
                                        Email:            mina@kaganstern.com

                                        *Counsel for Defendants*
                                        *East Coast Tree Care, Inc., Sharon C. Schmitt, and*
                                        *Michele M. Sheckells*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2024, a copy of the foregoing Notice of Entry of Appearance of Counsel for Defendants was filed via the CM/ECF filing system, which shall send notification to all counsel of record by operation of the Court's electronic filing system.

Date: March 25, 2024                                */s/ Veronica J. Mina*
                                                                Veronica J. Mina (D. Md. Bar No. 30472)