IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**CLEDIN EMILSON ARREDONDO ESQUIVEL** *

    *Plaintiff*, *

v. * Case No.: 1:24-cv-00304-RDB

**EAST COAST TREE CARE, INC.,** *ET AL.* *

    *Defendants*. *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Jonathan P. Kagan, Kagan Stern Marinello & Beard, LLC, on behalf of Defendants East Coast Tree Care, Inc., Sharon Catherine Schmitt, and Michelle Marie Sheckells, in the above-captioned matter pursuant to L.R. 101.1(a).

Date: March 25, 2024

                                            */s/ Jonathan P. Kagan*
                                      Jonathan P. Kagan (D. Md. Bar No. 23181)
                                      KAGAN STERN MARINELLO & BEARD, LLC
                                      238 West Street
                                      Annapolis, MD 21401
                                      Telephone:   (410) 216-7900
                                      Facsimile:    (410) 705-0836
                                      Email:         kagan@kaganstern.com

                                      *Counsel for Defendants*
                                      *East Coast Tree Care, Inc., Sharon C. Schmitt, and*
                                      *Michele M. Sheckells*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of March, 2024, a copy of the foregoing Notice of Entry of Appearance of Counsel for Defendants was filed via the CM/ECF filing system, which shall send notification to all counsel of record by operation of the Court's electronic filing system.

Date: March 25, 2024                    */s/ Jonathan P. Kagan*
                                           Jonathan P. Kagan (D. Md. Bar No. 23181)